UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ARTHUR HARRY DUBOIS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SCOTT BURNHEIMER, et al., )<br>)<br>Defendants. ) | 1:13-cv-00200-JAW |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRAGTE JUDGE**

The United States Magistrate Judge filed with the Court on August 12, 2013 her Recommended Decision (ECF No. 16). The Plaintiff filed his objections to the Recommended Decision on August 23, 2013 (ECF No. 18), and the Defendants filed their response to those objections on September 6, 2013 (ECF No. 19). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Defendants' Motion for Summary Judgment (ECF No. 9) be and herby is GRANTED.

SO ORDERED.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF U.S. DISTRICT JUDGE

Dated this 1st day of October, 2013